UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-7266-MWF(JEMx)                                             Date: October 03, 2023

Title   Joseph Charles Evans, et al. v. Pamela Hardin, et al.

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on August 12, 2020 (the "2020 Action").  (Docket No. 1).  On August 17, 2020, this case was transferred to this Court as related to *Joseph Evans, et al. v. County of Los Angeles, et al.*, Case No. CV 19-793-MWF(JEMx) (the "2019 Action").

The docket reports for the 2019 and 2020 Actions do not reflect that these cases were ever consolidated.  The 2019 Action was dismissed pursuant to stipulation on December 14, 2021.  The Complaint in the 2020 Action has never been served, and no documents have been filed by any part since the case initiating documents were filed on August 12, 2020.

The Court **ORDERS** Plaintiffs to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, Plaintiffs may file a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) no later than **OCTOBER 10, 2023**.

If Plaintiffs decline to dismiss the 2020 Action, Plaintiffs shall show cause, in writing, why the Court should not dismiss this action for lack of prosecution.  Any such response must be filed no later than **OCTOBER 10, 2023.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 20-7266-MWF(JEMx)**                              Date:  October 03, 2023

Title          **Joseph Charles Evans, et al. v. Pamela Hardin, et al.**

    No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

    IT IS SO ORDERED.

                                                                   Initials of Preparer:  RS/sjm